In the Matter of the Estate of CATHELINA E. GROOT, Deceased.

WILLIAM R. BLEECKER, as Administrator with the Will Annexed, Appellant; EGBURT E. WOODBURY, Attorney-General, Respondent. ·

*Matter of Groot,* 173 App. Div. 436, affirmed.

(Argued February 28, 1919; decided March 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 17, 1916, which affirmed a decree of the Albany County Surrogate's Court sustaining the validity of the will of Cathelina E. Groot, deceased, by paragraph " Tenth " of which the testatrix gave, devised and bequeathed her residuary estate to a trustee in trust to invest and reinvest the same and from the principal and income " from time to time make such reasonable charitable donations, contributions or gifts, to such persons, corporations, associations or institutions in the town of Guilderland, Albany county, N. Y., as may, in the judgment of my said trustee be in need and worthy

thereof, he having been fully advised of my purpose and inclinations in that respect."

*Michael D. Reilly* and *William E. Woollard* for appellant.

*Charles D. Newton, Attorney-General* (*Alex. T. Selkirk* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.